Circuit Court for Baltimore City
Case No. 24-C-20-001242
Argued: May 10, 2021

IN THE COURT OF APPEALS

OF MARYLAND

No. 25

September Term, 2020

_____

LARRY LEE

v.

WINNCOMPANIES LLC

_____

Barbera, C.J.,
McDonald
Watts
Hotten
Getty
Booth
Biran,

JJ.

_____

PER CURIAM ORDER

_____

Filed: May 12, 2021

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

| LARRY LEE | | * | IN THE |
| | | * | COURT OF APPEALS |
| v. | | * | OF MARYLAND |
| | | * | No. 25 |
| WINNCOMPANIES LLC | | * | September Term, 2020 |

## PER CURIAM ORDER

The petition for writ of certiorari in the above-captioned case having been granted and argued, it is this <u>12th</u> day of <u>May</u>, 2021,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.

<u>/s/ Mary Ellen Barbera</u>
Chief Judge